**Check 172**
WILLY BATUNER 08-15
750 SARAH LN.
NORTHBROOK, IL 60062-2172
DATE 9.23.2016
PAY TO THE ORDER OF: Wells Fargo
$ 1,656.83
One thousan six hundred fifty six 83/100 DOLLARS
CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
MEMO: past due payment
⑈071000013⑈ 751623559⑆0172

**Check 171**
WILLY BATUNER 08-15
750 SARAH LN
NORTHBROOK, IL 60062-2172
DATE 9.23.2016
PAY TO THE ORDER OF: Wells Fargo
$ 1,967.60
One thousan nine hundred sixty seven 60/100 DOLLARS
CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
MEMO: mortgage Payment
⑈071000013⑈ 751623559⑆0171

**Check 170**
WILLY BATUNER 08-15
750 SARAH LN.
NORTHBROOK, IL 60062-2172
DATE 9.23.2016
PAY TO THE ORDER OF: Len Zlatnikov
$ 1,119.18
One thousan one hundred ninteen 18/100 DOLLARS
CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
MEMO:
⑈071000013⑈ 751623559⑆0170