**Check 172**

WILLY BATUNER 08-15
750 SARAH LN.
NORTHBROOK, IL 60062-2172

DATE 9.23.2016

PAY TO THE ORDER OF: Wells Fargo    $1,656.83

One thousand six hundred fifty six 83/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO: past due payment

⑆071000013⑆ 751623559⑆0172

---

**Check 171**

WILLY BATUNER 08-15
750 SARAH LN.
NORTHBROOK, IL 60062-2172

DATE 9.23.2016

PAY TO THE ORDER OF: Wells Fargo    $1,967.60

One thousand nine hundred sixty seven 60/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO: mortgage payment

⑆071000013⑆ 751623559⑆0171

---

**Check 170**

WILLY BATUNER 08-15
750 SARAH LN.
NORTHBROOK, IL 60062-2172

DATE 9.23.2016

PAY TO THE ORDER OF: Len Zlatnikov    $1,119.18

One thousand one hundred nineteen 18/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO:

⑆071000013⑆ 751623559⑆0170



**Check 179**

WILLY BATUNER 08-15
750 SARAH LN.
NORTHBROOK, IL 60062-2172

2-1/710 446

DATE 9.23.2016

PAY TO THE ORDER OF: Td Bank    $ 3.32

three 32/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO _____

⑈071000013⑈    751623559⑈0179

**Check 180**

WILLY BATUNER 08-15
750 SARAH LN.
NORTHBROOK, IL 60062-2172

2-1/710 446

DATE 9.23.2016

PAY TO THE ORDER OF: Chase    $ 8.82

eight 82/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO _____

⑈071000013⑈    751623559⑈0180

**Check 181**

WILLY BATUNER 08-15
750 SARAH LN.
NORTHBROOK, IL 60062-2172

2-1/710 446

DATE 9.23.2016

PAY TO THE ORDER OF: Chase    $ 42.99

forty two 99/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO _____

⑈071000013⑈    751623559⑈0181

**Check 182**

WILLY BATUNER 08-15
750 SARAH LN.
NORTHBROOK, IL 60062-2172

2-1/710 446

DATE 9.23.2016

PAY TO THE ORDER OF: Chase

$ 10.62

Ten 62/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO _____

:071000013: 751623559 0182

**Check 183**

WILLY BATUNER 08-15
750 SARAH LN.
NORTHBROOK, IL 60062-2172

2-1/710 446

DATE 9.23.2016

PAY TO THE ORDER OF: Credit Management Cout

$ 6.44

Six 44/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO _____

:071000013: 751623559 0183

**Check 184**

WILLY BATUNER 08-15
750 SARAH LN
NORTHBROOK, IL 60062-2172

2-1/710 446

DATE 9.23.2016

PAY TO THE ORDER OF: Discover

$ 40.11

Fourty 11/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO _____

:071000013: 751623559 0184

**Check 185**
WILLY BATUNER 08-15
750 SARAH LN.
NORTHBROOK, IL 60062-2172
DATE 9.23.2016
PAY TO THE ORDER OF: Maydsn B
$ 1.45
one 45/100 DOLLARS
CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
⑆071000013⑈ 7516235591 0185

**Check 186**
WILLY BATUNER 08-15
750 SARAH LN.
NORTHBROOK, IL 60062-2172
DATE 9.23.2016
PAY TO THE ORDER OF: Midland Funding
$ 120.96
one hundred twenty 96/100 DOLLARS
CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
⑆071000013⑈ 7516235591 0186

**Check 187**
WILLY BATUNER 08-15
750 SARAH LN.
NORTHBROOK, IL 60062-2172
DATE 9.23.2016
PAY TO THE ORDER OF: Midland Funding
$ 3.15
three 15/100 DOLLARS
CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
⑆071000013⑈ 7516235591 0187

```
WILLY BATUNER  08-15                              2-1/710 446           188
750 SARAH LN.
NORTHBROOK, IL 60062-2172                     DATE  9.23.2016

PAY TO THE
ORDER OF   Nordstroom                             $ 2.00

two 00/100                                         DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
                                              [signature]
MEMO

⑉071000013⑉    751623559⑉0188
```

**Check 172**

WILLY BATUNER 08-15
750 SARAH LN.
NORTHBROOK, IL 60062-2172

DATE 9.23.2016

PAY TO THE ORDER OF: Wells Fargo

$ 1,656.83

One thousen six hundred fifty six 83/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO: past due payment

⑈071000013⑈ 751623559⑈0172

---

**Check 171**

WILLY BATUNER 08-15
750 SARAH LN
NORTHBROOK, IL 60062-2172

DATE 9.23.2016

PAY TO THE ORDER OF: Wells Fargo

$ 1,967.60

One thousen nine hundred sixty seven 60/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO: mortgage payment

⑈071000013⑈ 751623559⑈0171

---

**Check 170**

WILLY BATUNER 08-15
750 SARAH LN.
NORTHBROOK, IL 60062-2172

DATE 9.23.2016

PAY TO THE ORDER OF: Len Zlatnikov

$ 1,119.18

One thousen one hundred ninteen 18/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO:

⑈071000013⑈ 751623559⑈0170