IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE, ) | |
| ) | No. 15-24475 |
| Willy Batuner, ) | |
|    Debtor. ) | Hon. Judge Janet S. Baer |
| ) | Chapter 11 |
| ) | |

**AMENDED NOTICE OF THE DEBTOR'S MOTION AND HEARING FOR FINAL DECREE**

**To: Attached Service List**

      PLEASE TAKE NOTICE that on October 31, 2016, at 9:30 a.m. or a soon thereafter as Counsel may be heard I shall appear the Honorable Janet S. Baer in courtroom 615 of the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois shall there and then present Debtor's Motion for Final Decree pursuant to 11 U.S.C. 330, a copy of which is attached to this Notice and hereby served upon you. **The Motion attaches a Group Exhibit showing Plan Payments made on the Effective Date. If you are a creditor and did not receive a payment you expected on the "Effective Date" as set forth in the Debtor's Chapter 11 Plan/Disclosure Statement, please advise the undersigned attorneys for the Debtor IMMEDIATELY.**

      **TAKE FURTHER NOTICE** that a hearing to consider approval of the Debtor's Motion For Final Decree will be held on **October 25, 2016** at 9:30 a.m., before the Honorable Janet S. Baer, or any Judge sitting in her stead, in Courtroom 615 of the United States Bankruptcy Court, or any other courtroom therein, 219 S. Dearborn Street, Chicago, Illinois. You are welcome, but not required, to attend this hearing.

                                            /s/O. Allan Fridman

**CERTIFICATE OF SERVICE**

   I, O. Allan Fridman, hereby certify that I caused a copy of the following documents that to be served upon the following service list by mail on October 4, 2016.

                                          /s/    O. Allan Fridman

O. Allan Fridman
555 Skokie Blvd. Suite 500
Northbrook, Illinois 60062 847-412-0788 (6274954)

1

## ADDRESS LIST

By ECF Filing

Patrick S Layng,
Office of the U.S. Trustee
Region 11
219 S Dearborn St
Room 873
Chicago, Illinois 60604
USTPRegion11.MD.ECF@usdoj.gov

Kimberly Bacher
Trial Attorney
Office of the United States Trustee
219 S. Dearborn St., Room 873
Chicago, IL  60603
Burr Ridge, IL 60527

Peter C Bastianen
Codilis and Associates
15W030 N. Frontage Rd.
Suite 100
(630)794-5300

## By MAIL

Willy and Lilia Batuner
750 Sarah Lane
Northbrook, IL  60062

Acs/college Loan Corp
C/o Acs
Utica, NY 13501

Acs/college Loan Corp
501 Bleecker St
Utica, NY 13501

Acs/college Loan Corpo
Po Box 7051
Utica, NY 13504

American Express
Po Box 3001
16 General Warren Blvd
Malvern, PA 19355

Bank of America
Attn:       Correspondence
Unit/CA6-919-02-41
Po Box 5170
Simi Valley, CA 93062

Bank Of America
Attention:       Recovery
Department
4161 Peidmont Pkwy.
Greensboro, NC 27410

BMO Harris Bank
111 W. Monroe St
Floor 21E
Chicago, IL 60603

Bnkunted Fsb
Attn:       Bankruptcy
Department

7815 Nw 148th St.
Miami Lakes, FL 33016

BSI Financial Services
1425 Greenway Drive
Irving, TX 75038

Cap1/berpl
Po Box 30253
Salt Lake City, UT 84130

Cap1/saks
3455 Hwy 80 West
Jackson, MS 39209

Capital One, N.a.
Capital One Bank (USA) N.A.
Po Box 30285
Salt Lake City, UT 84130

Chase
Po Box 15298
Wilmington, DE 19850

Citibank Sd, Na
Citi Corp Credit Services/Attn:Centraliz
Po Box 790040
Saint Louis, MO 63179

Citibank Sd, Na
Attn: Centralized Bankruptcy
Po Box 20363
Kansas City, MO 64195

Credit Management Cont
Attn: Bankruptcy Dept
Po Box 118288
Carrollton, TX 75011

Credit One Bank
Po Box 98873
Las Vegas, NV 89193

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850

Fifth Third Bank
Fifth Third Bank Bankruptcy Department,
1830 East Paris Ave. Se
Grand Rapids, MI 49546

Gene Bautner
510 East Mac Arthur
Milwaukee, WI 53217

Glhegc
Po Box 7859
Madison, WI 53707

Kohls/chase
Po Box 3115
Milwaukee, WI 53201

Mcydsnb
9111 Duke Blvd
Mason, OH 45040

Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123

Nordstrom FSB

Attention: Bankruptcy Department
Po Box 6566
Englewood, CO 80155

Sears/cbna
Po Box 6283
Sioux Falls, SD 57117

Unvl/citi
Attn.: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195

Wells Fargo Hm Mortgag
Po Box 10335
Des Moines, IA 50306

Wi Electric / Wi Energies
Attention:  Jill Costello
Po Box 2046 Room A130
Milwaukee, WI 53201

Wiscor Cu
5433 W Burnham St
West Allis, WI 53219

2